Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 366 - 1 | **DATE** | 05/07/08 |
| **CASE TITLE** | USA vs. Galo J Sanchez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Galo J Sanchez appears in response to arrest on 05/07/08. Defendant informed of his rights. Enter order appointing Daniel Hesler of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention and Preliminary Examination hearing is set for 05/12/08 at 1:30 p.m. Defendant shall remain in custody pending further order of the Court.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

08CR366 - 1 USA vs. Galo J Sanchez                                                           Page 1 of 1