# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 366 - 1 | **DATE** | 5/12/2008 |
| **CASE TITLE** | USA vs. Galo J Sanchez | | |

**DOCKET ENTRY TEXT**

Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. **Preliminary examination** hearing held. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | LXS |
|---|---|---|