UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 366 |
| | ) | | 08 GJ 529 |
| v. | ) | | |
| | ) | | |
| GALO J. SANCHEZ, | ) | Acting Chief Judge William J. Hibbler |
| also know as "Gordo" | ) | | |
| | ) | | |

**GOVERNMENT'S FIRST MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8), for a 28-day extension of time, to and including July 4, 2008, in which to seek the return of an indictment against the defendants, for the following reasons:

1. On or about May 7, 2008, the defendant, Galo J. Sanchez, was arrested in the Northern District of Illinois for knowingly and intentionally to possess with the intent to distribute a controlled substance, namely, in excess of 500 grams of cocaine, a Schedule II Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. As outlined in the compliant, Sanchez traveled from Ohio, through Chicago, to Silvas, Illinois, to pick up cocaine. After his arrest, law enforcement executed two search warrants: one in Akron, Ohio, and another in Davenport, Iowa.

3. A number of factors have led to the government's request for extension. Those factors are stated in the Attachment hereto, which the government respectfully requests be placed under seal. The government is requesting that this Attachment be sealed so as not to compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

4.     Based on the reasons stated in the government's sealed Attachment, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be sufficient. The United States estimates that a 28-day extension from the current expiration date of June 6, 2008, to and including July 4, 2008, will be sufficient time within which to return an indictment in this matter.

5.     Among the factors identified by Congress as relevant to the determination of whether time should be extended for indictment are those set forth in 18 U.S.C. § 3161(h)(8)(B), which provide in relevant part:

> Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

> Whether the failure to grant such continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), . . . would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(8)(B)(I) and (iv).

6.     The government respectfully submits that the 28-day continuance is warranted in this case pursuant to the forgoing provisions. The government has been conducting a diligent and thorough investigation in this case, but the government requires additional time to investigate this matter and analyze the evidence before making a charging decision.

7.     Counsel for the government spoke to counsel for defendant regarding this Motion on June 5, 2008. Counsel for defendant indicated that he does not agree with this Motion.

WHEREFORE, the United States respectfully requests a 28-day extension of time from June 6, 2008 to July 4, 2008 in which to seek an indictment in this case.

                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney


By:   /s/ Anthony P. Garcia
        Anthony P. Garcia
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 469-6151

Dated: June 5, 2008.

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

**GOVERNMENT'S FIRST MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

was, on June 5, 2008, served pursuant to the district court's ECF system.

    s/ Anthony P. Garcia
ANTHONY P. GARCIA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 366 |
| | ) | |
| v. | ) | |
| | ) | |
| GALO J. SANCHEZ, | ) | Acting Chief Judge William J. Hibbler |
| also known as "Gordo" | ) | |
| | ) | |

**NOTICE OF MOTION**

Please take notice that on June 5, 2008, I shall appear before Acting Chief Judge William J. Hibbler and present the attached Government's First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h), a copy of which is hereby served on you.

By:/s/ Anthony P. Garcia
　　ANTHONY P. GARCIA
　　Assistant United States Attorney
　　U.S. Attorney's Office
　　219 S. Dearborn Street
　　Chicago, Illinois 60604
　　(312) 460-6151

FILED
JUN 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT