# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | William J. Hibbler |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 366 | **DATE** | 6/5/2008 |
| **CASE TITLE** | U.S.A. vs. GALO J. SANCHEZ | | |

**DOCKET ENTRY TEXT**

Government's first motion for an extension of time to return indictment pursuant to 18 U.S.C. 3161(h) [#6] is granted for the reasons stated in open court. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|