UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 5 2008
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) No. 08 CR 366 |
| v. | ) |
|  | ) Mag. Judge Nan R. Nolan |
| GALO J. SANCHEZ | ) |
| also known as Gordo | ) |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, and respectfully moves that this Honorable Court dismiss without prejudice the criminal complaint in the above captioned case pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
ANTHONY P. GARCIA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6151

DATE: June 25, 2008