Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 366 - 1 | **DATE** | 06/25/08 |
| **CASE TITLE** | USA vs. Galo J Sanchez | | |

**DOCKET ENTRY TEXT**

Enter Order: granting Government's motion to dismiss complaint without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|