

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 366 |
| | ) | |
| v. | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| GALO J. SANCHEZ, | ) | |
| also known as Gordo | ) | |

### ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss without prejudice the criminal complaint in the above captioned case pursuant to Federal Rule of Criminal Procedure 48(a),

IT IS HEREBY ORDERED that the criminal complaint in the above captioned case be dismissed without prejudice.

Nan R. Nolan
U.S. Magistrate Judge

DATE: June 25, 2008